**Viviane HOUFFOUET, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 12–3540.

United States Court of Appeals, Eighth Circuit.

Submitted: July 5, 2013.

Filed: July 15, 2013.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

Viviane Houffouet, a native and citizen of the Ivory Coast, petitions for review of an order of the Board of Immigration Ap-

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

530

peals (BIA) denying her motion to reconsider an earlier adverse BIA decision. After careful review, we conclude that the BIA did not abuse its discretion in denying Houffouet's motion. *See Kipkemboi v. Holder,* 587 F.3d 885, 890–91 (8th Cir. 2009) (standard of review). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.